IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRANCE ROBERT HENDERSON, ) | |
| Plaintiff, ) | Civil Action No. 7:18-cv-00365 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| VIRGINIA DEPARTMENT OF ) | By: Glen E. Conrad |
| CORRECTIONS, et al, ) | Senior United States District Judge |
| Defendant(s). ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 22<sup>d</sup> day of August, 2018.

_____
Senior United States District Judge